

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00097-CV

Luis Alfredo **ROSA** and Myrna Lizzet Rosa,
Appellants

v.

**MESTENA OPERATING, LLC**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16486-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellee's brief was originally due June 30, 2014. We granted an extension until July 30, 2014, to file the brief. Neither the brief nor a motion for extension of time was filed.

We therefore **order** appellee, Mestena Operating, LLC, to file its appellee's brief by **August 11, 2014**. If the brief is not filed by the date ordered, we will order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court